Date: 08/21/09  *145918*  *CHK 103*  **DIVIDENDS REMITTED TO THE COURT**  Page:

Case Number 08-10204 - WISHNER, NICHOLAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Richard E. Ranchoff, M.D.<br>20455 Lorain Rd Suite 103<br>Fairview Park, OH 44126 | 000001 | 15.62 | 0.85 |
| Remittance Total | | 15.62 | 0.85 |

*(signature)* LAUREN A. HELBLING, Trustee

*[Stamp: 09 AUG 25 PM 3:51]*